THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff in error, *v.* AMENZO FRY, Defendant in error.

(Argued February 3, 1881; decided February 8, 1881.)

REPORTED below (21 Hun, 282).

*J. Keck* for plaintiff in error.

*J. M. Dudley* for defendant in error.

· Judgment affirmed on argument.
All concur.
Judgment affirmed.

---

CATHERINE L. PHIPPS, Appellant, *v.* THOMAS D. CARMAN, Respondent.

(Submitted February 1, 1881; decided February 11, 1881.)

REPORTED below (23 Hun, 150).

*Geo. P. Avery* for appellant.

*D. P. Barnard* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.

---

JOHN THEISS, as Administrator, etc., Respondent, *v.* SAMUEL H. BARRONS et al., Appellants.

(Argued February 2, 1881; decided February 11, 1881.)

*W. H. Bowman* for appellants.

*Thomas Raines* for respondent.

Agree to affirm without opinion.
All concur.
Judgment affirmed.